IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YOUNES KABBAJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-431-SLR |
| | ) |
| AMERICAN SCHOOL OF TANGIER, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

At Wilmington this 25th day of February, 2011, having considered the stipulation of dismissal filed by defendants, followed by plaintiff's motion to withdraw the stipulation of dismissal and his motion to lift stay of litigation, as well as the papers submitted in connection therewith, most particularly the court's review of the confidential settlement documents exchanged between the parties to this litigation;

IT IS ORDERED that plaintiff's motions to withdraw the stipulation of dismissal and to lift stay of litigation (D.I. 17, 23) are denied. It is evident from the settlement documents that the parties entered into a settlement agreement that was executed by plaintiff and that plaintiff agreed to dismiss the above captioned lawsuit as part of that agreement, in exchange for a money award and certain other benefits. (D.I. 21) Because it is apparent that defendants have complied with their end of the bargain, including writing a check which has been endorsed by plaintiff (D.I. 22), the litigation

shall be dismissed by the court.

_____
United States District Judge